JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 15, 2009

Check No. 1762333

Check Amount: $338.04

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-40567-R | 00000 | BRYAN J. & PAULA M. LITTLE | 0 | XXXXX5493 | 14.22 | 0.00 | 14.22 |
| | | Original check written to:<br>BRYAN J. LITTLE<br>4568 FM 2264<br>DECATUR, TX 76234 | | XXXXX9769 | | | |
| 04-40963-R | 00000 | CALVIN & LINDA TAYLOR | 0 | XXXXX4679 | 322.48 | 0.00 | 322.48 |
| | | Original check written to:<br>CALVIN TAYLOR<br>2004 WOODLAKE ROAD<br>DENISON, TX 75021-8022 | | XXXXX2097 | | | |
| 04-42785-R | 00000 | JERRY JAY & CHRISTINA AUDREY POLLARD | 0 | XXXXX5449 | 1.00 | 0.00 | 1.00 |
| | | Original check written to:<br>JERRY JAY POLLARD<br>2700 NORTH BROOK DRIVE<br>APT 239<br>MCKINNEY, TX 75070-3651 | | XXXXX9212 | | | |
| 04-50073-R | 00000 | LISA JANE DAVIS | 0 | XXXXX3989 | 0.34 | 0.00 | 0.34 |
| | | Original check written to:<br>LISA JANE DAVIS<br>8758 CR 3170<br>WINNSBORO, TX 75494 | | | | | |
| | | | **TOTALS** | | **$338.04** | **$0.00** | **$338.04** |